**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

CHAD HUTCHINSON,                                                              PETITIONER
REG. #32393-044

v.                                       No. 2:09CV00022JLH/HLJ

T.C. OUTLAW                                                                  RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered and Adjudged that this case be,  and it is hereby, DISMISSED without prejudice, for failure

to prosecute.  The relief sought is denied.

IT IS SO ADJUDGED this 2nd day of April, 2009.

_____

UNITED STATES DISTRICT JUDGE